**98–549. State ex rel. Crum v. Indus. Comm.**
Franklin App. No. 95APD11–1516. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal of the appeal and cross-appeal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**98–823. State ex rel. Forthofer v. Erie Constr. Group, Inc.**
Franklin App. No. 97APD03–308. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, June 10, 1998*

## MISCELLANEOUS DISMISSALS

**98–533. State ex rel. Pryor v. Hoff.**
Franklin App. No. 97APD11–1488. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due June 5, 1998, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*